# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re:  **3M Combat Arms Earplug**
**Products Liability Litigation**

Relates to:  **7:20-cv-32384 (Lacy, Thomas)**

Date: **March 8, 2024**
Case No.: **3:19md2885**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

---

**DOCKET ENTRY: Status Conference.** Attendance of Pro Se Plaintiff in person.

---

**PRESENT:**

Honorable____**M. Casey Rodgers**_____
**United States District Judge**

Tamryn Holley
Law Clerk

Barbara Rogers
Deputy Clerk

Donna Boland
Court Reporter

---

**APPEARANCES:**

**Lead Counsel for Plaintiff:** N/A

**Negotiating Plaintiff Counsel:** Brad Bradford, Aylstock, Witkin, Kreis, & Overholtz PLLC and Stephen Hunt, Cory Watson Attorneys

**Lead Counsel for Defendants 3M Co. and Aearo:** Charles Beall, Moore, Hill & Westmoreland, P.A.

**PROCEEDINGS:**

| 2:06 pm | Court in Session |
| | Court discusses the obligations for continued participation in the litigation and the benefits of participating in the settlement program. |
| 3:25 pm | Court in Recess |