# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **March 8, 2024**
Case No.: **3:19md2885**

Relates to: **7:20-cv-32384 (Lacy, Thomas)**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

**DOCKET ENTRY: Status Conference**

Attendance of Pro Se Plaintiff Thomas Lacey in person.

**PRESENT:**

| Honorable **Hope T. Cannon** | Keri Igney | None |
|---|---|---|
| United States Magistrate Judge | Deputy Clerk | Court Reporter |

**APPEARANCES:**

**Negotiating Plaintiff Counsel:**     Bryan Aylstock, Esquire
                                       Stephen Hunt, Esquire

**Lead Counsel for Defendants 3M Co. and Aearo:**     Charles Beall Esquire

**PROCEEDINGS:**

| 2:42 pm | Court in Session |
|         | Conference |
| 4:35 pm | Conference ends. |
|         | Court in Recess. |